■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL A. McLAUGHLIN, Appellant. [898 NYS2d 901]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered June 2, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.